**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNNY GARCIA,<br><br>            Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY,<br><br>            Respondent. | No.  1:23-cv-00082-JLT-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING CLERK OF COURT TO ASSIGN DISTRICT JUDGE AND CLOSE CASE, AND DECLINING TO ISSUE CERTIFICATE OF APPEALABILITY<br><br>(Doc. 7) |

The magistrate judge issued findings and recommendations recommending that the petition for writ of habeas corpus be dismissed for failure to state claims with sufficient specificity. (Doc. 7.) The findings and recommendations were served on Petitioner and contained notice that any objections were to be filed within 30 days of the date of service of the findings and recommendations. Petitioner has not filed objections, and the time for doing so has passed. According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendation to be supported by the record and proper analysis.

Having found that Petitioner is not entitled to habeas relief, the Court now turns to whether a certificate of appealability should issue. A petitioner seeking a writ of habeas corpus has no absolute entitlement to appeal a district court's denial of his petition, and an appeal is only allowed in certain circumstances. *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003); 28 U.S.C. §

1

2253. The Court should issue a certificate of appealability if "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'" *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 & n.4 (1983)).

The Court finds that reasonable jurists would not find the Court's determination that the petition should be dismissed debatable or wrong, or that Petitioner should be allowed to proceed further. Therefore, the Court declines to issue a certificate of appealability. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 6, 2023 (Doc, 7) are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE**.
3. The Clerk of Court is directed to **CLOSE THE CASE**.
4. The Court **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

Dated:   **June 19, 2023**

_____
UNITED STATES DISTRICT JUDGE